**D.W. Hunter**
1275 Lincoln Ave.
Ste #1
St. Paul, MN 55105
612-395-9111(F)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D.W. HUNTER., an Individual, LARNELL EVANS. JR., an Individual FOR THE ESTATE OF ANNA SHORT HARRINGTON, an Individual ("AUNT JEMIMA") <br>    PLAINTIFFS' <br><br> vs. <br> PEPPSICO Inc., a Corporations, THE QUAKER OATS COMPANY, a Corporation, PINNACLE FOODS GROUP, LLC, THE HILLSHIRE BRANDS COMPANY, a Corporation, and DOES 1 through 25, inclusive, <br>    DEFENDANTS. | Case No._____ <br><br> **MEMORANDUM IN SUPPORT OF MOTION AND REQUEST FOR RULE 11 SANCTIONS** |

## Memorandum of Law

## Petrella v. Metro-Goldwyn-Mayer, Inc.

## Case No. 12-1315

"MGM is concerned that evidence needed or useful to defend against liability will be **lost during a copyright owner's inaction**. But Congress **must have been aware** that the passage of time and the author's death could cause evidentiary issues **when it provided for reversionary renewal rights** that an **author's heirs can exercise long after a work was written and copyrighted**. Moreover, because a copyright **plaintiff bears the burden of proving infringement, any hindrance caused**

1

by evidence unavailability is as likely to affect plaintiffs as defendants. The need for extrinsic evidence is also reduced by the **"registration mechanism,"** ("Emphasis Added" under which both the certificate and the original **work must be on file with the Copyright Office (i.e. Trademark Office) before a copyright owner can sue for infringement."**http://supreme.justia.com/cases/federal/us/572/12-1315/

DATED: **July 3, 2014**

                Respectfully Submitted,

                *[signature]*

                D.W.H.

# CERTIFICATE OF SERVICE

FOR THE COUNTY OF ]
RAMSEY IN THE ] ss.   Case No.: _____
STATE OF MINNESOTA ]

I, **D.W.H.**, HEREBY certify that I am over the age of 18 years old, and located at 1275 Lincoln Ave Unit 1, St. Paul, Minnesota 55105. I certify that I have placed a prepaid postage, true and complete original to the court and copies to the party(is) of record at the U.S. Postal Office located at Post Office **St. Paul MN.** on the date of July  2014, for this action of the following:
**MOTION FOR RULE 11 SANCTIONS + MEMORANDUM + Exhs. 25, 26, 27, 28, 29, 30, 31, 32**

| | |
|---|---|
| c/o Clerk, The Quaker Oats Company, 555 W Monroe St Fl 1 Chicago, Illinois 60661-3716 United States. c/o CT Corporation System, 208 So. LaSalle St. Suite 814, Chicago, IL 60604 | c/o Pinnacle Foods Group, LLC, c/o Agent: C T Corporation System is located at C T CORPORATION SYSTEM, 208 SO. LaSalle St, Ste # 814, Chicago, IL 60604, and a Principal place of business 99 Jefferson Road, Parsippany, NJ 07054. |
| c/o PepsiCo, Inc. 700 Anderson Hill Road Purchase, NY 10577 ; 555 West Monroe Street, Chicago, IL 60661, (Ph): (914) 253-2000, Fax Number: (914) 253-2070. c/o CT Corporation System, 111 Eighth Ave. N.Y., N.Y. 10011 | c/o Clerk United States District Court Northern District of Illinois Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 |
| Kent B. Magill, The Hillshire Brands Company, c/o Agent: C T Corporation System is located at 208 SO LASALLE ST, SUITE 814 Chicago, IL 60604, c/o Secretary: Kent B. Magill 400 S Jefferson St. Chicago, IL 60607. | |

I declare under the penalty of perjury under the laws of the State of Minnesota that the above is true and correct.
Date: 0?/0/ /14

Respectfully Submitted,

*D.W. Hunter*
D.W.H.

18