**D.W. Hunter**
1275 Lincoln Ave.
Ste #1
St. Paul, MN 55105
612-395-9111(F)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D.W. HUNTER, an Individual, LARNELL EVANS. JR., an Individual FOR THE ESTATE OF ANNA SHORT HARRINGTON, an Individual (**"AUNT JEMIMA"**)<br>    PLAINTIFFS'<br><br>vs.<br><br>PEPSICO Inc., a Corporations, JANET LYNN SILVERBERG, an Individual, THE QUAKER OATS COMPANY, a Corporation, PINNACLE FOODS GROUP, LLC, THE HILLSHIRE BRANDS COMPANY, a Corporation, and DOES 1 through 25, inclusive,<br>    DEFENDANTS. | Judge: Edmond E. Chang<br>Case NO. **14CV6011**,<br><br>**AFFIDAVIT OF DANNEZ HUNTER IN SUPPORT OF MOTION FOR JUDICIAL NOTICE FOR VIOLATION OF 15 U.S.C. §1041(B)**<br><br>FILED<br>SEP 1 5 2014<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

**IN AND FOR THE COUNTY )**
**OF RAMSEY IN THE         ) ss.**
**STATE OF MINNESOTA       )**

I <u>Dannez Hunter</u>, hereby depose and say's:

1. I am the Great Grandson of Anna Short Harrington, a.k.a. (Aunt Jemima 1935-1955), and Olivia Hunter. (Exh. 1)

1

2. On September 4, 2014, a CT Corporation System's employee approached me and my "Court Server," with my back turned, and threw boxes at me from behind, next to the elevator on the 17th Floor between the hours of 3:45 p.m. through 4:15 p.m. (Exhs. 1, 19, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60)

3. I have contacted CEDA CENTRAL ADMINISTRATIVE OFFICES at 208 So. LaSalle, Suite 1900 Chicago, IL 60604, in order for said party to relinquish the video tape voluntarily without a Court Order. The only reason the court has possession of the boxes, is because PepsiCo, Quaker Oats, and Pinnacle Corporation CT Corporation Employee threw said boxes near the elevator.

I declare under the Penalty of Perjury that all of the foregoing are true and correct to the best of my knowledge

DATED: **September 13, 2014**        Respectfully Submitted,

_Dannez Hunter_
Dannez Hunter

STATE OF MINNESOTA   )
                     ):ss
COUNTY OF Anoka      )

On the 12th day of September 2014, personally appeared before me Dannez Hunter, the signer of the foregoing Affidavit, who duly acknowledged that he/she executed the same.

_____
Notary Public
My Commission Expires 01/31/16:

[Notary Seal: FADUMO H ALI, NOTARY PUBLIC - MINNESOTA, MY COMMISSION EXPIRES 01/31/18]

2

From: **Kesselman, Marc {FLNA}** (Marc.Kesselman@pepsico.com) You moved this message to its current location.
Sent: Tue 3/25/14 10:27 PM
To: d▇▇▇▇▇@hotmail.com

Mr. Hunter,

Thank you very much for your email. It never occurred to me that there were any threats of **violence, either express of implied, by you or your family**. Nonetheless, I appreciate the clarification.

As I am new to this matter, I greatly appreciate your commitment to giving us some time to better understand the situation. Someone from our company will be in touch as soon as possible, likely next week.

Regards,

Marc

EXH. 51

Date: Tue, 27 May 2014 14:52:33 -0700

Subject: Fwd: Questions

From: r▮▮▮▮@gmail.com

To: d▮▮▮▮@yahoo.com; d▮▮▮▮@hotmail.com

"Please be aware that they are concerned about whether you will be **violent** based on。 。 。 。 。 tone of the emails you have sent to them over the past few weeks.

**Exh. 52**

4

"From: ███████████@gmail.com)
Sent:    Mon 5/05/14 5:36 PM
To:      ████ Hunter (████████@hotmail.com)

"█████████████████████████████ the lawyer and I are still negotiating on **cordial terms.**"

**Exh. 53**

**New York State Department of Health**
OFFICE OF VITAL STATISTICS
**CERTIFICATE OF DEATH**

Dist. No. _____ (To be inserted by registrar)   Registered No. _____

1. PLACE OF DEATH: STATE OF NEW YORK
   a. COUNTY: Onondaga
   b. TOWN:
   c. CITY OR VILLAGE: Syracuse
   e. LENGTH OF STAY IN TOWN, CITY OR VILLAGE: 26 years
   d. NAME OF HOSPITAL OR INSTITUTION (If not in hospital or institution give street address or location): [redacted] Street

2. USUAL RESIDENCE (Where deceased lived. If institution: residence before)
   a. STATE: New York
   b. COUNTY: Onondaga
   c. TOWN:
   d. CITY OR VILLAGE: Syracuse — Is residence within its corporate limits? YES ☐ NO ☒
   e. STREET ADDRESS: [redacted] Street

3. NAME OF DECEASED (Type or Print): Anna Harrington

4. DATE OF DEATH: October 21, 1955

5. SEX: Female
6. COLOR OR RACE: Colored
7. SINGLE, MARRIED, WIDOWED, DIVORCED: Widowed
8. IF MARRIED, WIDOWED OR DIVORCED, Name of Husband (or) Wife: John Henry Harrington

9. DATE OF BIRTH: 1/__/97
10. AGE: Years 58  Months 8  Days 22  IF UNDER 24 HRS.: Hours __ Min. __
11. BIRTHPLACE (State or foreign country): Bennettville, S.C.
12. CITIZEN OF WHAT COUNTRY?: U.S.

13a. USUAL OCCUPATION: Cook, demonstrator
13b. KIND OF BUSINESS OR INDUSTRY: Quaker Oats Company

14. FATHER'S NAME: D[redacted] Short
15. MOTHER'S MAIDEN NAME: [redacted]

16. WAS DECEASED EVER IN U.S. ARMED FORCES?: No
17. SOCIAL SECURITY NO.: None
18. INFORMANT'S NAME: Laura Patterson

19. CAUSE OF DEATH
   I. DISEASE OR CONDITION DIRECTLY LEADING TO DEATH
   (A) Arterio sclerotic heart    INTERVAL BETWEEN ONSET AND DEATH: sudden
   DUE TO
   (B) disease
   ANTECEDENT CAUSES
   DUE TO
   (C)
   II. OTHER SIGNIFICANT CONDITIONS contributing to the death, but not related to the disease or condition causing it.

20a. DATE OF OPERATION:
20b. MAJOR FINDINGS OF OPERATION:
21. AUTOPSY? YES ☐ NO ☒

22a. ACCIDENT, SUICIDE, HOMICIDE (Specify):
22b. PLACE OF INJURY:
22c. WHERE DID INJURY OCCUR? (City or town) (County) (State)
22d. TIME OF INJURY (Month) (Day) (Year) (Hour) m.
22e. INJURY OCCURRED: While at Work ☐  Not While at Work ☐
22f. HOW DID INJURY OCCUR?

23. I hereby certify that I attended the deceased from _____, 19__, to _____, 19__, that I last saw the deceased alive on _____, 19__, and that death occurred at _____m., from the causes and on the date stated above.

24a. [redacted]   24b. ADDRESS   24c. DATE SIGNED

Cemetery: [redacted], Syracuse, New York   Date: Oct __ 1955

27. DATE FILED: OCT __

Burial or Transit Permit issued by [redacted]

Form VS. No. 60b. 1-23-54-2750 Books (3C-156)

MARGIN RESERVED FOR BINDING

THIS CERTIFICATE MUST BE FILED WITH THE LOCAL REGISTRAR WITHIN 72 HOURS AFTER DEATH. TYPEWRITE, HAND-PRINT OR WRITE LEGIBLY IN PERMANENT BLACK OR BLUE-BLACK INK. PENCILS, COLORED INKS, OR BALLPOINT PENS SHOULD NEVER BE USED. SIGNATURES SHOULD BE LEGIBLE. THIS IS A PERMANENT RECORD.

(See Reverse for Instructions)

Exh. 1



Exh. 1

# CERTIFICATE OF SERVICE

FOR THE COUNTY OF ]
RAMSEY IN THE ]ss.  Case No.: <u>14CV6011</u>
STATE OF MINNESOTA ]

I, **D.W.H**, HEREBY certify that I am over the age of 18 years old, and located at <u>1275 Lincoln Ave Unit 1, St. Paul, Minnesota 55105</u>. I certify that I have placed a prepaid postage, true and complete original to the court and copies to the party(is) of record at the U.S. Postal Office located at Post Office **St. Paul MN.** on the date of September 2014, for this action of the following:
**Motion For Judicial Notice + Affidavit + Exhibits 2, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60**

| | |
|---|---|
| Mr. Dean N. Panos<br>Jenner & Block LLP<br>PepsiCo,<br>The Quaker Oats Company<br>353 N. Clark Street, Chicago, IL 60654-3456<br>jenner.com<br>(312) 923-2765 \| TEL<br>(312) 840-7765 \| FAX<br>DPanos@jenner.com | c/o Agent: CT Corporation System<br>**Pinnacle Foods Group, LLC**<br>208 So. LaSalle St,<br>Ste # 814<br>Chicago, IL 60604<br>and a Principal place of business 99 Jefferson Road, Parsippany, NJ 07054. |
| Almee E. Graham<br>The Hillshire Brands Company,<br>Associate<br>Dentons U.S. LLP<br>233 South Wacker Drive<br>Suite #7600<br>Chicago, IL 606-6-6404 | |
| c/o Clerk<br>United States District Court<br>Northern District of Illinois<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | |

I declare under the penalty of perjury under the laws of the State of Minnesota that the above is true and correct.
Date: **09/13/14**

Respectfully Submitted,

*[signature]*
**D.W.H.**