**D. Hunter**
1275 Lincoln Ave., Ste #1
St. Paul, MN 55105
612-395-9111(F)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D. W. HUNTER, an Individual, LARNELL EVANS. JR., an Individual FOR THE ESTATE OF ANNA SHORT HARRINGTON, an Individual (**"AUNT JEMIMA"**)     PLAINTIFFS' | **Judge: Edmond E. Chang** Case NO. **14CV6011,** |
|      vs. | **MOTION TO EXHUME THE GRAVES OF ANNA SHORT HARRINGTON, AND DELORIS HOFFMAN** |
| PEPSICO Inc., a Corporations, JANET LYNN SILVERBERG, an Individual, THE QUAKER OATS COMPANY, a Corporation, PINNACLE FOODS GROUP, LLC, THE HILLSHIRE BRANDS COMPANY, a Corporation, and DOES 1 through 25, inclusive,     DEFENDANTS. |  FILED OCT 14 2014 OCT 1 4 2014 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |

      **COMES NOW, PLAINTIFF BRINGING FORTH** this Motion and Request to Exhume the Graves of Great Grandmother Anna Short Harrington, and Aunt Deloris Hoffman, and request for the FBI to be present at any hearing, on the _____ day of November 2014, or as soon thereafter, as counsel maybe heard in the above entitled proceeding. On March 15, 1921, Quaker Oats filed a Trademark Application within the UPSTO bearing the exact face of Nancy Green, Serial No. 71105827, and Registrations number 0120160. (Exh. 101, Nancy Green, USPTO) ; (Exhs. 101, 102, 103, 104, 105)



Portrait of Nancy Green as "Aunt Jemima" by A. B. Frost

**Serial No. 71144762    Reg. No. 0146681; http://en.wikipedia.org/wiki/Nancy_Green**

Plaintiff asserts and alleges inside the UPSTO Trademark application Quaker Oats Executive made false statements claiming the image being that of the woman Nancy Green was a fictional character. Specifically, Conspirators erroneously represented the image to be **women,** ("emphasis added); instead of **one woman** being Nancy Green, thus constituting a **motive for premeditated Murder in the First Degree**. (Mens Rue) According to the image below dated **January 15, 1921,** Quaker Oats Executives advertised that it was Aunt Jemima's idea to use the ingredient "**powdered milk.**"



7. "Aunt Jemima Bids Goodbye to the Old Plantation." *Saturday Evening Post*, 15 January 1921, 66

**"A way had to be found to mix by machinery the ingredients of Aunt Jemima's pancake batter, to mix them exactly according   to "HER" (emphasis added) Recipe!** Equipment had to be built; it couldn't be bought. No one had ever made such pancake flour before. At last the way was found. The ad

also mentioned that it was "**Aunt Jemima's idea**," to add the "**dried milk**" (emphasis added) to the flour mix, **NOT R.T. Davis's**.'

**"Mosaic of Guilt"**

On **September 23, 1923,** two and a have years later after Quaker Oats advertised that it was Aunt Jemima's Idea for the powered milk, and consequently Nancy Green's image is deposited inside the USPTO as the Trademark; thereafter, beloved Ms. Green was murdered on the South Side of Chicago. (Actus Rues) The murders name is not known at this time. Plaintiff does not know if it was a hit and run or if the murder did jail time. Plaintiff assert and alleges there is a pattern by Quaker Oats Executives to not relinquish accounting to Ms. Green, Anna Short Harrington, Deloris Hoffman, and Olivia Hunter.

Thereafter, the Plaintiff asserts in a **pattern and practice,** the Conspirators Quaker Oats Executives sent spies out; in order, to align themselves with Governor Dewey's Professional Chef being Anna Short Harrington, with premeditated intent to wrongfully procure in part and/or in whole 64 formulas and 22 menus.(Exh. 1)

Plaintiff asserts in 1935, Quaker Oats Executives hired Anna Short Harrington being the Governor's Chef. Plaintiff asserts in a "**pattern and practice**" Quaker Oats President deposited false statements inside the USPTO and erroneously represented Anna Harrington to not be a real live person of flesh and bone, of which, was designed to evade paying future royalties and to **subvert SAG Agreements**, and to conceal the theft of 64 formulas, and 22 menus. Plaintiff asserts on November 24, 1936, Quaker Oats deposited my Grandmother's Image inside the USPTO. Further to wit, Defendant Quaker Oats historical website reflects a willful act of omission to acknowledge Anna Harrington's name for the corporate website.







**Reg. No. 71385940**       **Reg. No. 1697862**
**Anna Short Harrington**   **Grandma Olivia Hunter**

Around or about 2007, Quaker Oats Marketing Executives gave **coy and arrogant** statements bragging about the **death of Aunt Jemima** calling into question "**Food Poisoning**". The Plaintiff asserts and alleges for more than six months Supervisors within Vital Statistics

kept lying claiming the Plaintiff to not be related, while obstructing the release of the Certified Death Certificate that bears Quaker Oat's name as the employer. Exhibit 1, also explains job duties, and responsibilities on federal sealed document. Plaintiff asserts and alleges said conspirators made the following statement, as it pertains to and "Equitable Fair Share of "**ROYALTIES**":

John Doe Quaker Oats Marketing Executive:

**"She was faithful, reliable and never gave us any back talk. Frankly."**

Plaintiff asserts and alleges in the article the Conspirators bragged about **suspected botulism, (i.e. Food poisoning)** of Anna Short Harrington, with the coroner neglecting to conduct and autopsy, thus calling into question fowl play. How can you tell if a person had a heart attack when the coroner never performed the **prerequisite autopsy**?

A mistake is an unintentional departure away from truth. An error is an intentional departure away from truth. (i.e. Quaker Oats Deposited Statements Inside the USPTO). 90% of the time, a person that commits a crime returns to the scene of the crime in some form or fashion due to the nefarious nature of the criminal mind.

Quaker Oats Executives then went down the entire Harrington blood line utilizing Aunt Deloris Hoffman, Aunt Laura Mae Patterson, and then Grandma Olivia Hunter. Conspirators at **Quaker Oats Executive** made the following statements to the press:

"**Mosaic of Guilt**"

"**How Jemima contracted the deadly germ is unknown**." (Freudian Slip)

All forms of botulism can be fatal and are considered medical emergencies. **Foodborne botulism** is a public health emergency because many people can be **poisoned by eating contaminated food.** Exhibit 1 reflects a cause of Death on the Certified Death Certificate concerning a heart attack ironically without an Autopsy, thus calling into question as a reasonable mind person a pattern of fowl play.



**Mrs. Hoffman Succumbs at 40**

Mrs. Delores Huffman, 40, of the Renwick St. dist. yesterday at Memorial Hospital following a short illness.

The owner of Dee's Restaurant at 325 Harrison St. she had lived in the Syracuse for 29 years. She was a native of Raleigh, N.C. and was a member of the Bethany Baptist Church.

She is survived by two sisters, Mrs. Laura Patterson of Syracuse and Mrs. Olivia Hunte of Lockport; a brother, Levi Harrington of Syracuse, and several nieces and nephews.

Services will be at 1 p.m. Thursday at the Central City Funeral Home, and at 1:30 p.m. in Bethany Baptist Church, the Rev. Leo Murphy, pastor, officiating. Burial will be in Morningside Cemetery. Friends may call at the funeral home from 7 to 9 p.m.

**Laura Mae Sizemore**

Laura Mae Sizemore, 74, of 300 Burt St., Syracuse, died Saturday after a long illness.

Mrs. Sizemore was born in Raleigh, N.C.

She was one of five children of Anna S. Harrington, who was the representative for the Quaker Oats Company for more than 15 years as "Aunt Jemima." She and her late sister Dolores also appeared in commercials as representatives.

Mrs. Sizemore worked as a cook at the Kappa Sigma, Phi Sigma Delta and Sigma Alpha Mu houses at Syracuse University.

Surviving are a brother, Levi Harrington of Sanford, Fla.; an aunt, Lila Davis of Rockingham, N.C.; two nieces, Elizabeth Hunter and Louise Solomon, both of Syracuse; several great- and great-great nieces and nephews; and her companion, Joseph Edmon.

Services are 1 p.m. Thursday at the Edwin L. Cole Funeral home, 2104 S. Salina St. Calling hours are 2 to 4 and 7 to 9 p.m. Wednesday at the funeral home.

Burial will be in Oakwood Cemetery.

Repast will be at 346 Furman St.

Quaker Oats has bragged to reporters about Food Poising thus calling into question fowl play concerning the death of "**MY GRANDMOTHER**" and "**MY AUNT DELORIS**". We will not be holding hands, singing "**Cum By Yah**" and doing any **Joint Report**. We will not be singing "**We shall over Come**." The Conspirators have had a copy of the civil complaint since March 17, 2014 and technically defaulted on October 4, 2014. A joint Report has to come technically after the Defendants have submitted an answer to a civil complaint. When a dispute arises over certified trademark attached to a civil complaint the pleadings and any response in their entirety are governed pursuant to **18 USC §§§2, 3, 4, & 1001**.

37 C.F.R. Secs. §2.34(a)(1)(i).

"When the Applicant seeks a registration under Section 1(a) of the trademark Act, the mark "**WAS IN USE IN COMMERCE**" (Emphasis added") on or in connection with goods or services listed in the application as the application filing date." 37 C.F.R. Secs. §2.34(a)(1)(i). The Applicant, had to agree that "**willful false statements**" and declares that he/she is "**properly authorized**" to "**execute this application**" on behalf of the applicant; he/she **believes** that **applicant to be the owner** of **the trademark**/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1041(B), he/she believes applicant to be **ENTITLED** (Emphasis Added) **to use such mark in commerce**; to the best of **his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such "near resemblance"** (emphasis added thereto as to be likely, when **used on or in connection with**

the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive, that if the original application was submitted signed, that all statements in the original application was submitted signed, that all statement in the original application and **this submission made of the "declaration" signer's knowledge are true**; and **all statements in the original application and this submission made on information and belief are believed to be true.**" Due to the cited law, the Senior Legal Counsel for Quaker Oats in 1936 refused "execute" his name on the USPTO Applications **Reg. No. 71385940,** and forced Quaker Oats President to "Execute" his name.

### Congressional Mandate

Until May of this year, judges had been abusing the **equitable doctrine of laches** to cut short the **statute of limitations** on copyright claims mandated by Congress in the Copyright Act. The Copyright Act, Trademark law, and Patent law run bow legged. According to Congressional mandate within 67 years of the author and/or inventors death the **heirs** must invoke the lawful rights of ownership. Recently, the Supreme Court stepped in to end **subversive practice**; Justice Ginsburg writing that "**courts are not at liberty to jettison Congress' Judgment**" on such matters. *Petrella v. MGM*, 188 L. Ed. 2d 979, 986 (2014). Statutes of limitation do not begin to run until the discovery of "**Fraud**" occurs, but there is not such thing as a **statutes of limitations** as it concern premeditated "Murder" over the construction of a contract, property, patents, or formulas; especially, if a "**pattern unfolds**" involving statements deposited inside a federal branch that may invoke violations of 18 U.S.C. 2, 3, 4, and 1001. Plaintiff cannot submit a joint report until Vital Statistics is forced to relinquish Deloris Hoffman's Certified Death Certificate. According to Marble Manning, the Secret Service of the United States classified and/or designated a **dirty bomb** as "**Aunt Jemima**", pages 149-151, **"Slave in A Box."** Was the dirty bomb or secret conspiracy that Grandma Harrington may have been food poisoned; in order, for nefarious perpetrators to wrongfully procure 64 formulas and 22 menus? The plaintiff does not have that answer, but in light of the deceptive **pattern and practice** perpetrated upon the Federal Branch of the USPTO; "Probable Cause" does exist to exhume the gravesites of Grandma Anna Short Harrington, and Aunt Deloris Hoffman after receipt of medical records. (Exh. 1)

**"The woman whose likeness was painted for the logo was Anna Short Harrington."**

http://www.netipedia.com/index.php/Aunt_Jemima (Exh. 19)

It is absolutely true that Aunt Jemima represents the **warmth, nourishment and trust — qualities** you'll find in **loving moms** (i.e. **Olivia Hunter Forster Mother**) that **cared for** and **want the very best for their family including foster children**. Grandma Olivia Hunter raised more than 30 foster children for the state of Florida and the city of Syracuse. (Exh. 19) When the defendants entered the home of Grandma Olivia Hunter to procure her image without an attorney, they knew she was inflicted with medical complications and had to have ran into foster children under the age of 5 either entering the home and/or when they departed the home. The time between Quaker Oats applying for the trademark application verses Grandma Olivia's time of death is a six month **window of time, thus reflecting forethought**. Once, the Conspirators returned to the Corporate Head-quarters of Quaker Oats, it is not yet determined whether Executives made the decision to **beat our Grandmother out of royalties owed,** because they perceived her taking care of foster children as the duties as a "Black Grandmother" while they **bask in suburban White Privilege**; or if they failed to relinquish a fair share of royalties and did not explain to her the use of her image, because they **could not stomach Grandma Olivia Hunter** spending the **largess** on Black and White **"Inner City" foster children.** Irrespective of the Conspirators rationale, any forthcoming answer must be accompanied by a **notarized Affidavit** to be weighted pursuant to 18 USC §§§§2, 3, 4, and 1001.  Plaintiff herein moves for the gravesites of Grandma Harrington, and Aunt Deloris Hoffman only after receipt of the Medical Records from Memorial Hospital in Syracuse. Plaintiff seeks an order of the court  to make Memorial Hospital release the medical records for Deloris Hoffman.



DATED: <u>October 8, 2014</u>          Respectfully Submitted,

**New York State Department of Health**
OFFICE OF VITAL STATISTICS
## CERTIFICATE OF DEATH

Dist. No. _____ Registered No. _____
To be inserted by registrar

| | |
|---|---|
| 1. PLACE OF DEATH: STATE OF NEW YORK<br>a. COUNTY  Onondaga | 2. USUAL RESIDENCE (Where deceased lived. If institution: residence before<br>a. STATE New York   b. COUNTY Onondaga |
| b. TOWN | c. TOWN |
| c. CITY OR VILLAGE  Syracuse  e. LENGTH OF STAY IN TOWN, CITY OR VILLAGE  26 years | d. CITY OR VILLAGE  Syracuse   Is residence within its corporate limits?  YES ☐  NO ☒ |
| d. NAME OF HOSPITAL OR INSTITUTION (If not in hospital or institution, give street address or location)  Street | e. STREET ADDRESS  Street |

| 3. NAME OF DECEASED (Type or Print)  Anna Harrington | 4. DATE OF DEATH  (Month) (Day) (Year)  October 21, 19 55 |
|---|---|
| 5. SEX  Female | 6. COLOR OR RACE  Colored | 7. SINGLE, MARRIED, WIDOWED, DIVORCED (Specify)  Widowed | 8. IF MARRIED, WIDOWED OR DIVORCED, Name of Husband (or) Wife  John Henry Harrington |

| 9. DATE OF BIRTH  1/ /97 | 10. AGE Years  58 | Months  8 | Days  22 | If UNDER 24 HRS. Hours   Min. | 11. BIRTHPLACE (State or foreign country)  Bennettville, S.C. | 12. CITIZEN OF WHAT COUNTRY?  U.S. |
|---|---|---|---|---|---|---|

| 13a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired)  Cook, demonstrator | 13b. KIND OF BUSINESS OR INDUSTRY  Quaker Oats Company |
|---|---|
| 14. FATHER'S NAME  D     Short | 15. MOTHER'S MAIDEN NAME |

| 16. WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes, no or unknown) (If yes, give war or dates of service)  No | 17. SOCIAL SECURITY NO.  None | 18. INFORMANT'S NAME  Laura Patterson   ADDRESS |
|---|---|---|

**MEDICAL CERTIFICATION**

| 19. | CAUSE OF DEATH | INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| DISEASE OR CONDITION DIRECTLY LEADING TO DEATH<br>(This does not mean the mode of dying, e.g., heart failure, asthenia, etc. It means the disease, injury or complication which caused death.) | (A) DUE TO  Arterio sclerotic heart disease | sudde |
| ANTECEDENT CAUSES<br>DISEASES OR CONDITIONS, if any, giving rise to the above cause in (A) stating the UNDERLYING CONDITION last. | (B) DUE TO | |
| | (C) | |
| II<br>OTHER SIGNIFICANT CONDITIONS contributing to the death, but not related to the disease or condition causing it. | | |

| 20a. DATE OF OPERATION | 20b. MAJOR FINDINGS OF OPERATION | 21. AUTOPSY?  YES ☐  NO ☒ |
|---|---|---|

| 22a. ACCIDENT, SUICIDE, HOMICIDE (Specify) | 22b. PLACE OF INJURY (e.g. in or about home, farm, factory, street, office bldg., etc.) | 22c. WHERE DID INJURY OCCUR?  (City or town)  (County)  (State) |
|---|---|---|
| 22d. TIME (Month) (Day) (Year) (Hour) OF INJURY | 22e. INJURY OCCURRED  While at Work ☐  Not While at Work ☐ | 22f. HOW DID INJURY OCCUR? |

23. I hereby certify that I attended the deceased from _____, 19___, to _____, 19___, that I last saw the deceased alive on _____, 19___, and that death occurred at ____ m., from the causes and on the date stated above.

| 24a. | 24b. ADDRESS | 24c. DATE SIGNED |
|---|---|---|

| 25. _____ Cemetery  Syracuse, New York | 26. DATE  Oc    1955 |
|---|---|
| 27. DATE FILED BY  OCT | |

| Burial or Transit } Permit issued b | 19__ |

Exh. 1

1
2
3
4
5

| STATUS | DOCUMENTS ❓ | | ⬇ Download ▲ | 🖨 Print Preview |

6

**Generated on:** This page was generated by TSDR on 2014-09-15 13:58:37 EDT

7

**Mark:** AUNT JEMIMA

8
9



10
11
12

**US Serial Number:** 71105827    **Application Filing Date:** Aug. 23, 1917

13

**US Registration Number:** 120160    **Registration Date:** Jan. 15, 1918

14

**Register:** Principal

**Mark Type:** Trademark

15
16

**Status:** This registration was not renewed and therefore has expired.

**Status Date:** Oct. 19, 1998

17

▾ **Mark Information**    ▾ Expand All

**Mark Literal Elements:** AUNT JEMIMA

18

**Standard Character Claim:** No

19

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

20

**Design Search Code(s):** 02.03.01 - Busts of women facing forward; Heads of women facing forward; Portraiture of women facing forward; Women - head, portraiture or busts facing forward

21

02.03.15 - Scarves (women wearing on heads); Women wearing scarves on their heads

22

▾ **Related Properties Information**

23
24
25
26
27
28

**Exh. 101**

# UnNews:Quaker Oats recalls Aunt Jemima as a warm, wonderful human being

This article is part  of **UnNews**

Your A.D.D. news outl — Oooh, look at the pictures!

**7 March 2008**



Bon voyage Auntie Jemima
http://uncyclopedia.wikia.com/wiki/UnNews:Quaker_Oats_recalls_Aunt_Jemima_as_a_warm,_wonderful_human_being

**Quakerland Pennsylvania – UNN.** Today the Quaker Oats Company recalled <u>Aunt Jemima</u> as a warm and gracious <u>cook</u>, one who would flip-up some hot boxed pancakes for any <u>man</u>, <u>woman</u> or child that was hungry and then stand by with a big smile on her face as her guests filled themselves to bursting on her tender, moist and flakey cooking.

Jemima, whose exact age is known, **died at her <u>shack</u> of suspected botulism**.

*"<u>We</u> at <u>Quaker Oats</u> are just sick to hear of the news of Jemima's <u>passing</u> on to the giant kitchen in the sky,"* the multi-national corporation said in a news release issued to American media outlets. *"She was faithful, reliable and never gave us any <u>back talk</u>. Frankly we never imagined a <u>world</u> in which she, and her profitability, would no longer be a part of our lives."*

When asked if this would mean the removal of Aunt Jemima product from grocery store shelves through America, officials stated *"Aunt Jemima would have wanted us to keep using her and her carefully manicured image to help sell the gospel of pancakes and maple syrup and we intend to honor that request."*

# Exh. 102

9

Jemima became the face of boxed pancake mix and imitation maple flavored syrup in 1888 while working in a menial job for the Pearl River Milling Company of Montgomery County Kentucky. Quaker Oaks acquired the brand through a series of acquisitions, and with their help, Aunt Jemima easily wiped the kitchen floor with her nearest competitor, Mrs. Butterworth.

Ageless, Jemima was known for her fanatical preference of traditional black Mammy attire for over eighty years. In 2000 family members convinced her to modernize her look, which she did by altering hand-me-downs given to her by her friend Betty Crocker.

*"Jemima volunteered to come over and help me clean out me closets when I said that I was tired of the past. We stumbled upon a lovely red Dior suit that I had worn for General Mills in the 1960s,"* related Crocker from her executive office in New York. "I was half way to throwing it out when she said 'Now Mrs. Crocker why would you throw a beautiful dress like dat away? Why with some mending, and maybe some altering I could get a lot of wear from this.' and you know, she was right."

*"She looked so good in that suit I threw in a **set of fake pearls** and gave her the name of my botox specialist. Two weeks later I passed her on the street. She looked amazing for her age, but you know black women don't show their age like we do."*

## How Jemima contracted the deadly germ is unknown. However Duncan Hines, the noted bob vivant and epicurean, said that ""For as hard as we

might find it, that she died from something she ate is an irony that Jemima would have found very amusing. She had a true gallows sense of humor.""

Jemima's passing brings to end the life of a great American icon. Her husband, Uncle Ben, preceded her in death. She is survived by numerous nieces and nephews including Oprah Winfrey, Montell Williams and Rodney Allen Rippey.

## Sources edit

- 
- Associated Press "Quaker Oats recalls Aunt Jemima pancake mix". *Town Crier*, March 7, 2008

Categories:

- UnNews
- 7 March 2008

- Exh. 103



Colored transmission
electron micrograph of
the Gram-positive
anaerobic bacteria,
*Clostridium botulinum*

**What is botulism?**

Botulism is a rare but serious paralytic illness caused by a nerve toxin that is produced by the bacterium Clostridium botulinum and sometimes by strains of Clostridium butyricum and Clostridium baratii. There are five main kinds of botulism. **Foodborne botulism is caused by eating foods that contain the botulinum toxin.** Wound botulism is caused by toxin produced from a wound infected with Clostridium botulinum. Infant botulism is caused by consuming the spores of the botulinum bacteria, which then grow in the intestines and release toxin. Adult intestinal toxemia (adult intestinal colonization) botulism is a very rare kind of botulism that occurs among adults by the same route as infant botulism. Lastly, iatrogenic botulism can occur from accidental overdose of botulinum toxin. **All forms of botulism can be fatal and are considered medical emergencies. Foodborne botulism is a public health emergency because many people can be poisoned by eating a contaminated food.**

Exh. 104

What kind of germ is Clostridium botulinum?

Clostridium botulinum is the name of a group of bacteria. They can be found in soil. These rod-shaped organisms grow best in low oxygen conditions. The bacteria form spores which allow them to survive in a dormant state until exposed to conditions that can support their growth. There are seven types of botulism toxin designated by the letters A through G; only types A, B, E and F cause illness in humans.

Exh. 105

# CERTIFICATE OF SERVICE

FOR THE COUNTY OF          )
RAMSEY IN  THE            )ss.          Case No.:    14-CV-6011
STATE OF MINNESOTA       )

I, _____, HEREBY certify that I am over the age of 18 years old, and located at **1275 Lincoln Ave., Ste #1, St. Paul, MN 55105** . I certify that I have placed a prepaid postage, true and complete original to the court and copies to the party(is) of record at the U.S. Postal Office located at Post Office on the date of October  2014, for this action of the following:

**Motion + Memorandum to Exhume  + Exhibits**

| | |
|---|---|
| Mr. Dean N. Panos<br>Jenner & Block LLP<br>PepsiCo,<br>The Quaker Oats Company<br>353 N. Clark Street, Chicago, IL 60654-3456<br>\| jenner.com<br>(312) 923-2765 \| TEL<br>(312) 840-7765 \| FAX | Stephanie A. Scharf<br>Scharf, Banks & Maromor<br>333 West Wacker Drive<br>Suite #450<br>Chicago, IL 60606<br>312-662-6999<br>Email: scharf@scharfbanks.com |
| Almee E. Graham<br>John I. Grossbart<br>The Hillshire Brands Company,<br>Associate<br>Dentons U.S. LLP<br>233 South Wacker Drive<br>Suite #7600<br>Chicago, IL 606-6-6404 | Special Agent in Charge<br>Robert J. Holley<br>Federal Bureau of Investigation<br>2111 W. Roosevelt Road<br>Chicago, IL 60608<br>Phone: (312) 421-6700<br>Fax: (312) 829-5732/38<br>E-mail: Chicago@ic.fbi.gov |
| c/o Clerk<br>United States District Court<br>Northern District of Illinois<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | |

I declare under the penalty of perjury under the laws of the State of Minnesota and/or N. Carolina that the above is true and correct.

Date: **10/08/14**

Respectfully Submitted,

13