D. Hunter
1275 Lincoln Ave., Ste #1
St. Paul, MN 55105
612-395-9111(F)

FILED
OCT 14 2014
OCT 14 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D. W. HUNTER, an Individual, LARNELL EVANS. JR., an Individual FOR THE ESTATE OF ANNA SHORT HARRINGTON, an Individual ("AUNT JEMIMA") PLAINTIFFS' vs. PEPSICO Inc., a Corporations, JANET LYNN SILVERBERG, an Individual, THE QUAKER OATS COMPANY, a Corporation, PINNACLE FOODS GROUP, LLC, THE HILLSHIRE BRANDS COMPANY, a Corporation, and DOES 1 through 25, inclusive, DEFENDANTS. | **Judge: Edmond E. Chang** Case NO. **14CV6011,** MEMORANDUM IN SUPPORT OF MOTION TO EXHUME THE GRAVES OF ANNA SHORT HARRINGTON, AND DELORIS HOFFMAN |

## MEMORANDUM OF LAW

## Blacks Law Dictionary 5th Addition

> **Dred Scott Case.** The case in which the United States Supreme Court held that descendants of Africans who were imported into this country, and sold as slaves, were not included nor intended to be included under the word "Citizens" in the Constitution, whether emancipated or not, and remained without rights or privileges except such as those which the government might grant them. Dred Scott v. Sandford, 60 U.S. (19 How.) 393, 15 L.Ed. 691.

1

All **true crimes** require two elements. The first is the prohibited act, referred to in law as *"actus reus"*. To be a crime this act has to be accompanied by *"mens rea,"* criminal intent. The U.S. Supreme Court said in <u>Morissette vs. U.S.</u> that criminal intent involves an **"evil – meaning mind,"** variously described with respect to different crimes as **"intentional"** knowing, fraudulent, malicious etc. Each crime has different *mens rea*. For example the *mens rea* for murder is **"malice aforethought."** For there to be a crime, the commission of prohibited act and criminal intent (*mens rea*) have to concur in time.

In 1963 in an Illinois case, <u>**People v. Coolidge**</u> it was found "since every Sane Man such as a "Seasoned Attorney" is presumed to intend all the natural and probable consequences flowing from his/her **own deliberate act**, it follows that if one willfully does an act, the natural tendency of which is to destroy another's life, the irresistible conclusion is that the destruction of such other **persons life was intended**." It can also be premeditated intend to do an act **"without regard for the life and safety of others,"** which is implied malice. Malice does not necessarily imply ill-will, spite, hatred or hostility by the perpetrator toward the bereaved. **Malice** is a state of mind showing a heart **[not regardful] of the life and safety of others**…(i.e. Grandma Olivia Hunter)

Malice can also be defined as a condition of mind which prompts a person to do willfully, that is, on purpose, without adequate justification or excuse, a wrongful act whose **foreseeable consequences is serious bodily injury to another**. (i.e. 11/28/13 - Constructive Notice of Sister L. Davis need of a Life-saving Surgery) Surely, the Conspirator(s) knew or should have known failure to timely pay an equitable fair share of royalties pending the matter concerning the heirs lawful rights of ownership would manifest physical injury to the Great Granddaughter of Anna Short Harrington and Olivia Hunter, pending the outcome of litigation. Whether or not the perpetrators intent or state of mind committed acts that concurred in time rest only as a matter for a jury trial to adjudicate the "**Mosaic of Guilt**".

DATED: <u>October 8, 2014</u>     Respectfully Submitted,

# CERTIFICATE OF SERVICE

FOR THE COUNTY OF )
RAMSEY IN THE )ss.    Case No.: __14-CV-6011__
STATE OF MINNESOTA )

I, _____, HEREBY certify that I am over the age of 18 years old, and located at __1275 Lincoln Ave., Ste #1, St. Paul, MN 55105__ . I certify that I have placed a prepaid postage, true and complete original to the court and copies to the party(is) of record at the U.S. Postal Office located at Post Office on the date of October __2014__, for this action of the following:

**Motion + Memorandum to Exhume + Exhibits**

| | |
|---|---|
| Mr. Dean N. Panos<br>Jenner & Block LLP<br>PepsiCo,<br>The Quaker Oats Company<br>353 N. Clark Street, Chicago, IL 60654-3456<br>\| jenner.com<br>(312) 923-2765 \| TEL<br>(312) 840-7765 \| FAX | Stephanie A. Scharf<br>Scharf, Banks & Maromor<br>333 West Wacker Drive<br>Suite #450<br>Chicago, IL 60606<br>312-662-6999<br>Email: scharf@scharfbanks.com |
| Almee E. Graham<br>John I. Grossbart<br>The Hillshire Brands Company,<br>Associate<br>Dentons U.S. LLP<br>233 South Wacker Drive<br>Suite #7600<br>Chicago, IL 606-6-6404 | Special Agent in Charge<br>Robert J. Holley<br>Federal Bureau of Investigation<br>2111 W. Roosevelt Road<br>Chicago, IL 60608<br>Phone: (312) 421-6700<br>Fax: (312) 829-5732/38<br>E-mail: Chicago@ic.fbi.gov |
| c/o Clerk<br>United States District Court<br>Northern District of Illinois<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | |

I declare under the penalty of perjury under the laws of the State of Minnesota and/or N. Carolina that the above is true and correct.

Date: **10/08/14**

Respectfully Submitted,

