IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D.W. HUNTER, an individual, LARNELL EVANS, JR., an individual for the Estate of Anna Short Harrington, an individual ("Aunt Jemima"),<br><br>      Plaintiffs,<br><br>v.<br><br>PEPSICO, Inc., a corporation, THE QUAKER OATS COMPANY, a corporation, PINNACLE FOODS GROUP, LLC, a corporation, THE HILLSHIRE BRANDS COMPANY, a corporation, and JOHN DOES 1 through 25, inclusive,<br><br>      Defendants. | Case No. 14 CV 6011<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Valdez |

## DEFENDANT THE HILLSHIRE BRANDS COMPANY'S MOTION TO DISMISS

Defendant The Hillshire Brands Company ("Hillshire") hereby moves this Court to dismiss plaintiffs' Amended Complaint (Doc. No. 15) in its entirety. In support thereof, Hillshire submits the accompanying Memorandum and states that for the reasons more fully set forth there, the Amended Complaint should be fully dismissed with prejudice.

Dated: October 27, 2014                    Respectfully submitted,

                                                  By:    /s/ John Grossbart
                                                            *One of the attorneys for defendant*
                                                            *Hillshire Brands Company*

John Grossbart (3126133)
Aimee Graham (6307827)
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL  60606
Phone:  312-876-8000
Fax:  312-876-7934

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record. The aforesaid was also served by United States First Class Mail and facsimile to:

>Dannez W. Hunter
>1275 Lincoln Avenue
>Suite 1
>St. Paul, MN 55105
>Fax: 612-395-9111

/s/ John Grossbart