**D. Hunter**
1275 Lincoln Ave., Ste #1
St. Paul, MN 55105
612-395-9111(F)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D. W. HUNTER, an Individual, LARNELL EVANS. JR., an Individual FOR THE ESTATE OF ANNA SHORT HARRINGTON, an Individual (**"AUNT JEMIMA"**) PLAINTIFFS' vs. PEPSICO Inc., a Corporations, JANET LYNN SILVERBERG, an Individual, THE QUAKER OATS COMPANY, a Corporation, PINNACLE FOODS GROUP, LLC, THE HILLSHIRE BRANDS COMPANY, a Corporation, and DOES 1 through 25, inclusive, DEFENDANTS. | **Judge: Edmond E. Chang** Case NO. **14CV6011,** **OBJECTION TO PEPSICO, QUAKER OATS, PINNACLE DEFENDANTS QUID QUO PRO MOTION TO DISMISS PURSUANT TO VIOLATIONS OF 15 U.S.C. §1051(B), AND 18 U.S.C.§ 1001** |



FILED
10-30-14
OCT 3 0 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

        **COMES NOW, PLAINTIFF BRINGING FORTH** this Objection to PepsiCo, Quaker
Oats, and Pinnacle Conspirators "**Quid Quo Pro**" Motion To Dismiss all of the Conspirators
PepsiCo, Quaker Oats, Pinnacle and Hillshire, brought forth by Dean Panos, a.k.a. "**Inspector
General for Governmental and Other Public Agencies conducting Investigations,**" in
violations of **10 U.S.C. §333, 18 U.S.C. §1051(B), 18 U.S.C.§ 1001, 1512(2)(A)(i)(ii)(iii), 18
U.S.C. §§63, 18 USC 18 U.S.C. §242, 18 U.S.C. §243, and ICERD Section V
(v)(vii)(vi)(e)(i)** as the fraudulent pleadings smacks of the tainted Dred Scott Decision that was
designed to wrongfully procure Black peoples property. Around or about November 1, 20013,
Plaintiff went to the window of the Bureau Vital Statistics in Syracuse to obtain the Certified
Death Certificate of Grandma Anna Short Harrington. Said agency **obstructed** the release of
**said certificate** after **receiving payment** for more than 6 months, and **implicated ("emphasis**

added") **Quaker Oats** by **inappropriately** making a **Freudian slip by** drawing a "RED FLAG" and requesting that Plaintiff obtain a letter from a Corporation; in order, to acquire his Great Grandmother Anna Short Harrington's Certified Death Certificate.

On **Jan. 15, 1921** Quaker Oats advertised that it was Nancy Green that came up with the idea of using "**dried milk**". (Civ. Compl. ¶ No. 77, "**Aunt Jemima Bids Goodbye to the Old Plantation**.) On March 15, 1921, the Conspirators deposited Nancy Green's image inside the U.S.P.T.O., **Application No. Serial No. 71144762, Reg. 0146681,** while erroneously representing her to be a "fictional character" (i.e. U**.S. Tainted Dred Scott Decision**), thus constituting a **motive** for **premeditated murder** in the **First Degree.** On Sept. 23, 1923, Nancy Green was murdered on the South Side of Chicago by an unknown assailant. Thereafter, Plaintiff asserts in a pattern and practice to subvert **the USPTO, and SAG Agreements,** the Conspirator Quaker Oats President hired various Advertising Firms between 1935 through 1950 to publish advertisements of Anna Short Harrington, **in-store** "**IN PERSON**" appearances. (Exh. 110) On Nov. 24, 1936, Plaintiff asserts and alleges Quaker Oats President willfully deposited False Statements again inside the U.S.P.T.O. Trademark Office with erroneous representations of the image to be "women," instead of one woman for the Application 7138540, and utilizing the likeness of Anna Short Harrington; in order, to wrongfully procure 64 formulas of her original formulas and 22 menus, with malice forethought to not pay a "**Fair Share of Royalties**," thus constituting a violation of **15 U.S.C. §1051(B), and 18 U.S.C.§ 1001.** (Exhs. 49, 50) Attached, herewith the court shall find Quaker Oats Advertisement Exhibit 110 with my Grandmother Anna S. Harrington "**IN PERSON**" appearance as Aunt Jemima. Plaintiff asserts and alleges the Conspirators had on youtube, a confession that Nancy Green had a life long contract, before she was run over by a car. In addition, Vital Statistics would not place Quaker Oat's name on a Certified Death Certificate for "work for hire". (Exhs. 1, 111, 112, 113, 114, 115)

Prior to litigation commencing Plaintiffs served PepsiCo Executives, Board of Directors and Government Attorney Dean Panos with an email demanding to know "**What makes you think that you're "Entitled" to ALL the ROYALTIES of our Great Grandmothers, when you have not paid or made the same sacrifice of our Grandmothers, nor are you the**

inventor of the 64 formulas and 22 menus?" In response, Indra K. Nooyi, CEO of PepsiCo, inappropriately went on two morning news channels and made **asinine statements** about an "imaginary crown," and "**women can't have it all,**" as she personally took a 5% pay increase in salary between 2013 through 2014 in the amount of $13,191,805.00 million dollars, while failing to pay a fair share of royalties owed to Anna Short Harrington Estate. From the *Maison des Esclaves* and its *Door of No Return* from the shores of **Gorée Island of Africa** to the shores of America, **millions upon millions** of Africans having been **kidnapped,** lost their lives in the voyage that led to a **holocaust**, followed by 250 years of slavery, 90 years of Jim Crow, 60 years of separate but equal, 35 years of state-sanctioned redlining, racial segregation, Forced Gentrification housing policies, Black Wallstreet Economic Espionage, Rosewood Crimes Against Humanity, Slocum Crimes Against Humanity, Tuskegee Experiments, Medical Apartheid and Sham Eugenics Scams between 2006 through 2009 perpetrated by California Prison System, thus what make you think that you or anyone next to you, being newly arrivals as nationalized citizen, or any white persons are erroneously entitled to the last piece of intellectual property / formulas of African American women that came up out of **250 years of Enslavement** while the government gave land to white people, and failed to pay 40 acres and a mule to Black people?

If it was not for my hero **Honorable Thurgood Marshall** *fighting Brown v. Board of Education of Toepeka*, you would not be sitting as CEO of PepsiCo's Board and would only be allowed to drink from the Pepsi can, nor would Luis Prado be the President of Quaker Oats. African Americans have been the subject of dog bits, and water hoses merely in the pursuit of an "Education". What makes you think you and anyone next to you are entitled to rise from the bottom to the top by wrongfully procuring the Royalties of **African American Women** being Nancy Green that came out of an **Enslavement,** and Anna Short Harrington, thus invoking violations of **ICERD Article V(vi)** "**The Right to Inherit**" with "NO Autopsy" performed on Certified Death Certificate Exhibit 1, with Nancy Green having been murdered as your lead government attorney Inspector General has now deposited Fraud in the Judiciary in violation of 18 U.S.C. §§§§2, 3, 4, and 1001? Plaintiff is requesting time to find a team of attorneys.

Plaintiff assert Principal Conspirator Nooyi was "AWARE" that Pepsico/Quaker Oats had **wrongfully procured 64 culinary formulas and 22** menus from our Great Grandmother Anna Short Harrington as an African American woman, as her Co-Conspirators failed to pay a fair share of royalties for 59 years, while exploiting the families entire blood line likeness of Aunt Deloris Hoffman, Aunt Laura Mae Patterson, including Grandma Olivia Hunter, thus invoking a violation of **ICERD V(v)(vii)(vi)(e)(i).** (Exh. 130, 131, 132, 133, 134, 135, 137, 138, 201)

Plaintiff asserts the Conspirators Quaker Oats and PepsiCo arrogantly submitted a bogus Rule12(b) motion **absent an affidavit as,** and is expecting a Quid Quo Pro favor from the court due to Inspector General Dean Panos; in order, to engage in "**litigation abuse,**" of which has resulted in "**INFECTING**" (emphasis added) the judiciary with "**FRAUD.**" (Exh. 110, 111)

Plaintiff asserts the Conspirators willful deposited false statements inside the **U.S.P.T.O.,**" and continued with total disregard for the law, by requesting a Quid Quo Pro favor to submit a Memorandum of law, instead of an Affidavit, when they knew the crux of the arguments rests **solely upon an Affidavits**, thus constituting a violation of **Federal Rules of Criminal Procedure Rule 3, Rule 4.1, Rule 42**, including **18 U.S.C. §1001.** As a result, all the statements inside the Plaintiffs civil complaint have now become a "**Crystalized Issue**" as a matter of law. All documents deposited inside the U.S.P.T.O. are governed by 15 U.S.C. §1051(B), 37 C.F.R. Secs. §2.34(a)(1)(i), including 18 U.S.C. § § §2, 3, 4, 1001, the Aunt Jemima Doctrine and/**or Federal Rule of Criminal Procedure Rule 3, and 4.1, and 42,** as it concern a **Monopoly Trademarks under Applications Serial No. 71144762, Reg. No. 71385940, and Reg. No. 1697862.** When the above statutes or laws are invoked the mechanisms inside the U.S.P.T.O. or any federal judiciary entertaining a "Certified U.S.P.T.O. Trademark" functions and operate exactly like "**The Eye Chamber,**" as it concerns utilizing the likenesses of Nancy Green, and Anna Short Harrington, inside the U.S.P.T.O., as the Conspirators fraudulently claim both to be fictional characters with Nancy Green having been killed within a 2 year window.

   

**Serial No. 71144762  Reg. No. 0146681; http://en.wikipedia.org/wiki/Nancy_Green**

Specifically, Conspirators erroneously represented the image to be **women,** ("emphasis added); instead of a sole **one woman** being Nancy Green. (*Mens Rue*) According to the image below dated **January 15, 1921,** Quaker Oats Executives advertised that it was Aunt Jemima's idea to use the ingredient "**dried milk.**" ("emphasis added")



**"A way had to be found to mix by machinery the ingredients of Aunt Jemima's pancake batter, to mix them exactly according to "HER" (emphasis added) Recipe!** Equipment had to be built; it couldn't be bought. No one had ever made such pancake flour before. At last the way was found. The ad also mentioned that it was "**Aunt Jemima's idea,**" to add the "**dried milk**" (emphasis added) to the flour mix, **NOT R.T. Davis's.'**

### "Mosaic of Guilt"

On **September 23, 1923,** two and a have years later after Quaker Oats advertised that it was **Aunt Jemima's Idea** for the **dried milk;** thereafter, beloved Ms. Green was murdered on the South Side of Chicago, thus constituting motive. (*Actus Rues*) The murders name is not known at this time. Plaintiff does not know if it was a hit and run or if the murder did jail time. Plaintiff assert and alleges there is a pattern and/or practice by Quaker Oats Executives to not relinquish accounting statements as required by SAG rules and regulations to Ms. Nancy Green, Great Grandma Anna Short Harrington, Aunt Deloris Hoffman, Aunt Laura Mae Sizemore, and Grandma Olivia Hunter. Further to wit, the USPTO Examining Attorney represented that Nancy Green's Trademark was "**allegedly**" destroyed. Plaintiff is still trying to obtain said documents.

After the murder of beloved Nancy Green, the Plaintiff asserts in a **pattern and practice,** the Conspirators Quaker Oats Executives sent **spies out** according to the book "Slave in a Box; in order, to wrongfully procure in part and/or in whole 64 new formulas and 22 menus, while "**Scheming**" to align themselves next to New York Governor Thomas E. Dewey Professional Chef being Anna Short Harrington. (Exh. 1, 49, 50, 110, 111, 112, 113, 114, 115)

Plaintiff asserts in 1935, Quaker Oats Executives hired Anna Short Harrington being the Governor's Chef. Plaintiff asserts in a "**pattern and practice**" Quaker Oats President deposited **false statements** again inside the U.S.P.T.O. and erroneously represented Anna Harrington to not be a real live person of flesh and bone, while simultaneously hiring advertising firms to publish / advertising for "**IN-PERSON,**" Appearances, thus constituting "**WILLFUL INTENT,**" to deposit false statements inside the U.S.P.T.O. The plaintiff asserts in the interim, the Conspirators failed to relinquish a full accounting royalties and/or revenue; in order, to evade paying past, present and future royalties and to **subvert SAG Agreements**, while concealing the theft of the 64 new formulas, and 22 menus. Plaintiff asserts on November 24, 1936, Quaker Oats deposited my Grandmother's Image inside the USPTO. Further to wit, Defendants advertised on youtube that Nancy Green had a "**life long contract**; thus logic follow Grandma Harrington had to have a contract. Plaintiff asserts and alleges Quaker Oats engaged in willful act of omission on their historical website to not acknowledge Anna Harrington's existence, thus calling into questions the "causes of **death(s)**" including violations of **ICERD Article V(v)(vii)(vi)(e)(i).** 90% of the time, a person that commits a crime returns to the scene of the crime in some form or fashion whether consciously and/or unconsciously due to the **nefarious** nature of the **criminal mind.** Quaker Oats Executives then went down the entire Harrington blood line utilizing Aunt Deloris Hoffman, Aunt Laura Mae Patterson, and then Grandma Olivia Hunter.

### Congressional Mandate

Until May of this year, judges had been abusing the **equitable doctrine of laches** to cut short the **statute of limitations** on copyright claims mandated by Congress in the Copyright Act and obstruct heirs by blocking access to jury trials. The Copyright Act, Trademark law, and Patent law run side by side but are distinct in nature. This litigation is not merely about the

image on the box. According to Congressional mandate within 67 years of the author and/or inventors death the **heirs** must invoke the lawful rights of ownership. Recently, the Supreme Court stepped in to adding statements to end lower courts **subversive practices**; Justice Ginsburg writing that "**courts are not at liberty to jettison Congress' Judgment**" on such matters. *Petrella v. MGM*, 188 L. Ed. 2d 979, 986 (2014). In 2007, Judge Margaret M. Morrow stated, Statutes of limitation do not begin to run until the discovery of "**Fraud**" **Occurs**, Citation U.S. District of California Case. No. CV 03-2873 MMM(VBKx) **Dismissal,** and "**overturned / adjudicated**" ("emphasis added") by U.S. District Court of Utah Case No.: 2:07CV552 DB-EJF. Secondly, there is no such thing as a **statutes of limitations** as it concerning depositing false statements on a USPTO "applications" ("emphasis added") and thereafter the subject becomes the victim of murder, as it concerns the construction of a contracts, property, patents, or formulas; that are now being called into question; especially if a "**pattern unfolds**" involving several U.S.P.T.O. Applications governed by 18 U.S.C. §§§§2, 3, 4, and 1001. (Exh. 1)

"**The woman whose likeness was painted for the logo was Anna Short Harrington.**"

http://www.netipedia.com/index.php/Aunt_Jemima (Exh. 19)

It is absolutely true that Aunt Jemima represents the **warmth, nourishment and trust — qualities** you'll find in **loving moms** (i.e. **Olivia Hunter Forster Mother**) that **cared for** and **want the very best for their family including foster children**. Grandma Olivia Hunter raised more than 30 foster children for the state of Florida and the city of Syracuse. (Exh. 19)

**LaVerne T. Thompson, USPTO Examining Attorney, Law Ofc. 116**

**Violations 15 U.S.C. §1051(B) & 37 C.F.R. Secs. §2.34(a)(1)(i).**
"The undersigned, being hereby "**WARNED**" ("emphasis added") that "**WILLFUL FALSE STATEMENTS**" and the like so made are "**PUNISHABLE**" by fine or "**IMPRISONMENT,**" or both, under **18 U.S.C. §1001**. (Exhs., 1, 49, 50, 111, 112, 113, 114, 115) (Citation U.S.P.T.O. Serial No. 78135234, Reg. 3408950

Further to wit, Conspirators paid the **Rainbow Coalition** to stave off a boycott concerning Aunt Jemima. (Exhs. 145, 146, 147, 148, 149, 15©, 151)

Plaintiff asserts and alleges prior to the legal action being filed, plaintiff sent Principal Conspirator Dean Panos Attorney For Quaker Oat and PepsiCo a copy of the Certified Death Certificate via an Attorney.. One week later, Plaintiff sent **Conspirator Inspector General Panos** a certified death certificate on Anna Short Harrington. Plaintiff asserts Dean Panos, a.k.a. "**Constitutional Rights Foundation/Inspector General of the Government**" advertises the same on his website, and requested to know if he could return the package in a "**Scheme**" to engage in "**pecuniary favor litigation abuse,**" by ignoring the Certified Death Certificate with Quaker Oats name on it as the employer, thus invoking ABA violations of DR1-101, DR 1-102 DR 2-103 (E) DR 2-110 Rule 5.5/DR3-101 through DR3-103, DR 6-101, and **DR 6-102 (emphasis added)**, and ICERD Article V(a)(b)(d)(v)(e). (Exhs. 152)

On September 4, 2014, when Quaker Oats and PepsiCo was served with the civil complaint, boxes were then thrown in the hallway with Plaintiff's back turned, thus invoking a violation of **18 U.S.C. 1512(2)(A)(i)(ii)(iii).** On September 8, 2014, Plaintiff paid the Vital Statistics for the Certified Death Certificate of Deloris Hoffman, of which they have failed to timely comply due to deliberate obstruction of justice.

| 08/08/2014 | CHICAGO-CA VITAL STATISTICS*1354-459-5249 IVV,US | 1 | 1-45.00 |
| 08/08/2014 | CHICAGO-CA VITAL STATISTICS*1354-459-5249 IVV,US | 1 | 1-45.00 |

Is the court going to legalize Corporations depositing false statements concerning Intellectual Property/Images of humans inside the US Patent and Trademark Office or the US Copyright office where thereafter questionable deaths ensues and then the Corporation acquires a Government **appointed Inspector Quid Quo Pro General as "Lead Attorney"**? There is no such things as a statutes of limitations for documents deposited inside the USPTO where thereafter unexpected death(s) ensues calling into question the applications deposited by the Principal Conspirator Quaker Oats concerning trademarks, copyrights, patents or formulas. Deloris Hoffman's Certified Death Certificate is **material evidence** deposited inside Vital Statistics that is needed. Said crucial evidence is known to the Magistrate or Court, as **material evidence** to defeat a bogus Rule 12(b) Motion, of which, is governed by Federal Rules of

Criminal Procedure Rule 17, 26.3, including 27 and/or Federal Rules of Evidence Rule 401, and 402. To date, the Bureau of Vital Statistics has sent back correspondence **again lying** about not receiving the payment, with intent to **obstruct justice**, thus imputing guilt to the Conspirators for **premeditated** violations of 18 U.S.C. §241, 18 U.S.C. §242, 18 U.S.C. § 243, 18 U.S. Code § 1343, including ICERD Article V(a)(b). Plaintiff objects to any and all paragraphs on all three Conspirators Motion to Dismiss on all pages, and herein requests that their motion be denied, and issue an Order to Release the Homicide Report of Nancy Green that is material. On March 20, 1947, the President of Quaker Oats hired an advertising agency to publish "**Meet Aunt Jemima in Person at the Troy Grocery Co. Friday and Saturday, March 28 and 29**". (Exh. 201) Lastly, Plaintiff's mother contacted him while he was away from the house within the last 48 hours and disclosed when she came back to the home that the front door was open. Plaintiff left his location and went back to check on his mother's safety. Upon initial review of the home, plaintiff didn't notice anything out of place; however, later plaintiff realized some documents cannot be located at this time. However, irrespective this plaintiff does not intend to litigate this case, and requests the court to allow his family time to secure legal counsel. (Exhs. 110, 200, 201)

DATED: **October 27, 2014**          Respectfully Submitted,

Exh. 110

10



Exh. 111

## AUNT JEMIMAS Hints for making Perfect Pancakes

1. Add milk to Aunt Jemima Pancake Ready-Mix all at once and just stir lightly. Batter that is a little lumpy makes lighter and fluffier pancakes.

2. Be sure griddle is correct temperature—when a drop of water will bounce for a second before evaporating or when a spoonful of batter browns in one minute, griddle is just hot enough.

3. Grease griddle very lightly with an unsalted shortening (unless yours is the kind that needs no grease).

4. Pour the batter for each pancake on the griddle quickly. (One-fourth of a cup of batter makes a nice medium size pancake.)

5. Bake until cakes are covered with bubbles and edges look dry. Turn cakes and bake until brown on other side. Don't pat cakes or turn them more than once.

*Serve butter melted—it's easier to use—goes farther.*
*Serve syrup warmed—it brings out aroma.*

3

## AUNT JEMIMAS are easy as 1·2·3 to fix!

**AUNT JEMIMA QUICK PANCAKES**

Makes 14 to 16 medium pancakes

2 cups Aunt Jemima Ready-Mix for Pancakes

2 cups milk

1. Just add milk to unsifted Pancake Mix all at once and stir lightly until batter is fairly smooth.

2. Pour ¼ cup batter for each pancake onto a hot lightly greased griddle.

3. Bake to a golden brown, turning only once.

For Greater Economy,
substitute water for part or all of the milk.

For Thinner Pancakes,
use more milk.

For Extra Rich Pancakes,
add one beaten egg and 2 tablespoons melted shortening to pancake batter.

*See "Hints for Pancakes" on page 3.*

4

Exh. 112

12

 *Here's Variation for*
## AUNT JEMIMA
## PANCAKES

*Try these ...*
## PANCAKE
## PARTNERS


### APPLE SPICE PANCAKES

Fold 1 cup chopped unpeeled apples into Aunt Jemima batter before baking.

Serve with butter and syrup mixture of 1½ cup sugar and 2 tablespoons cinnamon.

### BLUEBERRY PANCAKES

Fold 1 cup fresh or frozen blueberries into Aunt Jemima batter before baking.

Serve with butter and sugar or syrup.

### BANANA PANCAKES

Add ¼ cup sugar to Aunt Jemima Ready-Mix before adding milk. Slice 2 bananas and add to batter before baking.

Serve with butter and syrup as a dessert.

### MINCEMEAT PANCAKES

Fold ¾ to 1 cup mincemeat into Aunt Jemima batter before baking.

Serve with hot syrup.

### CORN PANCAKES

Fold 1 cup corn into Aunt Jemima batter before baking.

Serve with syrup, honey or creamed meat sauce.

7

### SAUSAGE PATTIES

Combine 1 lb. pork sausage meat, 1 cup Quaker or Mother's Oats (quick or old-fashioned, uncooked), ⅔ cup water, 1 teaspoon salt, ¼ teaspoon pepper and ¼ teaspoon sage. Shape into 16 patties and chill in refrigerator. Dip patties in beaten egg, then roll in fine dry bread crumbs. Pan fry slowly in small amount of fat about 15 minutes.

### OVEN COOKED BACON

Place slices of bacon on a wire rack set in a shallow baking pan. Bake in a moderately hot oven (400° F.) 12 to 15 minutes or until lightly crisped.

### BROILED FRANKFURTERS

Wrap a slice of bacon around each frankfurter. Secure with toothpicks. Place in pan and set 5 or 6 inches under broiler. Broil for 10 minutes until bacon is lightly crisped.

8

Exh. 113

13

# ☆ MAGIC AUNT JEMIMA MENUS

## BREAKFAST

Fruit Juice
Aunt Jemima Pancakes             Spiced Honey
Oven-Cooked Bacon
Coffee                     Milk

## SUNDAY MORNING BREAKFAST

Fresh Fruit
Aunt Jemima DeLuxe Pancakes with
Apple Ring Shortening Syrup
Sausage Patties
Coffee                     Milk

## LUNCH

Poached Egg on Aunt Jemima Buckwheats
Grated Carrot and Raisin Salad
Sliced Bananas          Chocolate Chip Cookies
Milk

## SCHOOL-DAY LUNCH

Aunt Jemima Pancakes with
Cream Cheese and Apple Butter
Pear and Lettuce Salad
Chocolate Pudding
Milk

## LUNCHEON

Apple Pancakes*           Cinnamon and Sugar
(Frizzled) Fried Ham Slices
Molded Cabbage Salad
Beverage

9

## SUPPER

Chilled Tomato Juice
Aunt Jemima Corn Pancakes
Ham Loaf with Raisin Sauce
Fresh Fruit Salad
Beverage

## FRIDAY'S SUPPER

Aunt Jemima Pancakes with Creamed Salmon
Buttered Garden Peas
Stuffed Celery Sticks
Apple Crisp Dessert
Beverage

## BUFFET SUPPER

Creamed Chipped Beef or Creamed Chicken
on Aunt Jemima Waffles
Molded Fruit Salad             Cottage Cheese
Assorted Relish Tray
Chocolate Cake with Fudge Frosting
Beverage

## TEEN AGE SUPPER PARTY

Aunt Jemima Pancakes          Maple Syrup
Broiled Frankfurters
Tomato and Lettuce Salad     Spicy Doughnuts*
Milk

## PARTY FARE

Aunt Jemima Pancakes          Praline Sauce
Frozen Fruit Salad
Beverage

*Recipes in this booklet.*

10

**Exh. 114**

## QUICK COFFEE CAKE

Makes an 8-inch square cake

Time: 25 Minutes    Temperature 375°

| BATTER | TOPPING |
|---|---|
| 1 cup Aunt Jemima Pancake Mix | ⅓ cup brown sugar |
| 1 egg | 1 teaspoon cinnamon |
| ⅓ cup sugar | 1 tablespoon flour |
| ½ cup milk | 1 tablespoon melted butter |
| 3 tablespoons melted shortening | ½ cup chopped nutmeats |

1. Beat egg, add sugar and beat until light and fluffy.
2. Add milk and melted shortening.
3. Add the Aunt Jemima Pancake Mix and mix well, spread in greased 8-inch square pan.
4. Combine topping ingredients; sprinkle on top of batter and bake in a moderate oven 375° F., 25 to 30 minutes.

### Apple Coffee Cake

Cover top of batter with pared, sliced apples before adding topping.





### SPICY DOUGHNUTS

Makes 2 dozen doughnuts

| | |
|---|---|
| 3 cups Aunt Jemima Pancake Mix | 2 beaten eggs |
| ⅔ cup sugar | ¾ cup milk |
| 1½ teaspoons cinnamon | 2 tablespoons melted shortening |
| ½ teaspoon nutmeg | |

1. Mix together Pancake Mix, sugar and spices.
2. Combine beaten eggs and milk and add to dry ingredients; add melted shortening, stirring lightly.
3. Roll dough to ⅜ inch thickness on lightly floured board; cut with floured doughnut cutter.
4. Fry in deep hot fat (375° F.) until brown. Drain on absorbent paper. Dust with granulated or powdered sugar, if desired.

### BANANA FRITTERS

Makes 12 fritters

| | |
|---|---|
| 1 cup Aunt Jemima Pancake Mix | ⅓ cup milk |
| 1 tablespoon sugar | 2 teaspoons melted shortening |
| 2 beaten eggs | 3 bananas |

1. Mix together Pancake Mix and sugar; add beaten eggs and milk, stirring until smooth. Fold in melted shortening.
2. Cut bananas in half and then split each half lengthwise.
3. Heat deep fat to 370° F. Dip each piece of banana in the batter and fry in hot fat until golden brown. Drain on absorbent paper.

16

Exh. 115

For example, T. J. Rogers, president of Cypress Semiconductor, publicly criticized Jesse Jackson for trying to intimidate him into doing business with Jackson's associates. And Tom Roeser, a former vice president of the Quaker Oats Company, entered the No Spin Zone with an amazing tale centered upon the pancake icon Aunt Jemima. Roeser would say frankly that Jackson's behavior "had all the charm of a vintage Mafioso."

Now, millions of Americans have grown up with the Aunt Jemima figure, a smiling, plump black woman wearing an apron and bandana. In the early 1970s Quaker Oats was selling a ton of Aunt Jemima pancake mix. In other words, product and company were highly profitable—and highly visible. A recipe, you might say, for Jesse Jackson's money zone.

Tom Roeser asserted on *The O'Reilly Factor* TV program that the Reverend Jackson threatened Quaker Oats with a boycott if the company didn't modify what Jackson saw as a racial stereotype. When the company agreed to sit down with Jackson and his cohorts in Manhattan to discuss the issue, Roeser chaired the Quaker Oats negotiating team. As you will see, he did not shy away from very frank language.

**O'REILLY:** Some people saw a heavyset black woman wearing a bandana and thought it was stereotypical. Did they have a point?
**ROESER:** No, they didn't, because Aunt Jemima was a fictional character. She's no more a stereotype than, say, the Quaker Man,

77

Exh. 145

For example, T. J. Rogers, president of Cypress Semiconductor, publicly criticized Jesse Jackson for trying to intimidate him into doing business with Jackson's associates. And Tom Roeser, a former vice president of the Quaker Oats Company, entered the No Spin Zone with an amazing tale centered upon the pancake icon Aunt Jemima. Roeser would say frankly that Jackson's behavior "had all the charm of a vintage Mafioso."

Now, millions of Americans have grown up with the Aunt Jemima figure, a smiling, plump black woman wearing an apron and bandana. In the early 1970s Quaker Oats was selling a ton of Aunt Jemima pancake mix. In other words, product and company were highly profitable—and highly visible. A recipe, you might say, for Jesse Jackson's money zone.

Tom Roeser asserted on *The O'Reilly Factor* TV program that the Reverend Jackson threatened Quaker Oats with a boycott if the company didn't modify what Jackson saw as a racial stereotype. When the company agreed to sit down with Jackson and his cohorts in Manhattan to discuss the issue, Roeser chaired the Quaker Oats negotiating team. As you will see, he did not shy away from very frank language.

O'REILLY: Some people saw a heavyset black woman wearing a bandana and thought it was stereotypical. Did they have a point?
ROESER: No, they didn't, because Aunt Jemima was a fictional character. She's no more a stereotype than, say, the Quaker Man,

77

Exh. 146

Most such companies erect a wall of "no comment" around their dealings with Jesse Jackson. They know he can inflict pain. But walls eventually crumble, and the Rainbow Wall of Silence is no exception. People are beginning to speak out.

For example, T. J. Rogers, president of Cypress Semiconductor, publicly criticized Jesse Jackson for trying to intimidate him into doing business with Jackson's associates. And Tom Roeser, a former vice president of the Quaker Oats Company, entered the No Spin Zone with an amazing tale centered upon the pancake icon Aunt Jemima. Roeser would say frankly that Jackson's behavior "had all the charm of a vintage Mafioso."

Now, millions of Americans have grown up with the Aunt Jemima figure, a smiling, plump black woman wearing an apron and bandana. In the early 1970s Quaker Oats was selling a ton of Aunt Jemima pancake mix. In other words, product and company were highly profitable—and highly visible. A recipe, you might say, for Jesse Jackson's money zone.

Tom Roeser asserted on *The O'Reilly Factor* TV program that the Reverend Jackson threatened Quaker Oats with a boycott if the company didn't modify what Jackson saw as a racial stereotype. When the company agreed to sit down with Jackson and his cohorts in Manhattan to discuss the issue, Roeser chaired the Quaker Oats negotiating team. As you will see, he did not shy away from very frank language.

**Exh. 147**

18

who wears white curls and hearkens back to William Penn. And by the time Jesse Jackson approached, Aunt Jemima had already been modified to represent a kind of suburban, upscale African American woman. Instead of the bandana, we had a headband. She slimmed down.

**O'REILLY:** All right. Jesse Jackson says he has a problem with Aunt Jemima. Was that the reason for the meeting?

**ROESER:** That's correct. Jackson's point was to extort—and I use that word advisedly—a tithe as a result of threatening a boycott of Quaker Oats. And he did it in subtle ways.

**O'REILLY:** Walk me through it.

**ROESER:** Well, Jackson says he wants to negotiate with us on a number of things. Certainly minority suppliers, which is a catchword for some of their friends who want to get contracts. Certainly employment. That's okay, although there was a federal program in line for employment. Also, blacks on the board, and also foundation gifts.

**O'REILLY:** Blacks make up about 13 percent of the American population. Did Quaker Oats have 13 percent black employment?

**ROESER:** It was lower.

**O'REILLY:** So Jackson had a point. You guys should have had more minority workers.

**ROESER:** Well, he did have a point. But we were on the way toward that goal.

**O'REILLY:** So you took his point.

**ROESER:** The point, Bill, is that we had no objection to meeting with Jackson, but we did object to what I thought was an extor-

Exh. 148

**O'REILLY:** So Jackson won. He beat you.

**ROESER:** No, he didn't beat us, because we didn't sign the covenant. We paid him a lot of money in terms of suppliers but he wanted us to dump the Aunt Jemima brand and we didn't.

The list of companies that Jesse Jackson has done "business" with is staggering. Corporate sponsors for his Wall Street Project donate millions to his organizations. Consider the following, which are only a few of many examples:

**Exh. 149**

**ROESER:** That's correct. Jackson's point was to extort—and I use that word advisedly—a tithe as a result of threatening a boycott of Quaker Oats. And he did it in subtle ways.

**O'REILLY:** Walk me through it.

**ROESER:** Well, Jackson says he wants to negotiate with us on a number of things. Certainly minority suppliers, which is a catchword for some of their friends who want to get contracts. Certainly employment. That's okay, although there was a federal program in line for employment. Also, blacks on the board, and also foundation gifts.

**O'REILLY:** Blacks make up about 13 percent of the American population. Did Quaker Oats have 13 percent black employment?

**ROESER:** It was lower.

**O'REILLY:** So Jackson had a point. You guys should have had more minority workers.

**ROESER:** Well, he did have a point. But we were on the way toward that goal.

**O'REILLY:** So you took his point.

**ROESER:** The point, Bill, is that we had no objection to meeting with Jackson, but we did object to what I thought was an extortionate type of activity. I'm paraphrasing here. He says, "We would hate to jeopardize your company. For example, if there were a picket line thrown around the headquarters of the company, that

78   THE NO SPIN zone

**Exh. 150**

**O'REILLY:** What did you guys do?

**ROESER:** Well, what we did say is that we would not sign a covenant. He wanted to sign a covenant with us. We gave him some money, but it wasn't a large amount. Some of it went to black community organizations, some to his suppliers. We made certain concessions to him. All of them under threat.

**O'REILLY:** So Jackson won. He beat you.

**ROESER:** No, he didn't beat us, because we didn't sign the covenant. We paid him a lot of money in terms of suppliers but he wanted us to dump the Aunt Jemima brand and we didn't.

Exh. 151

### Indra K. Nooyi

Executive Compensation

As Chairman and Chief Executive Officer, PepsiCo at PEPSICO INC, Indra K. Nooyi made $13,191,805 in total compensation. Of this total $1,600,000 was received as a salary, $4,000,000 was received as a bonus, $0 was received in stock options, $7,458,225 was awarded as stock and $133,580 came from other types of compensation. This information is according to proxy statements filed for the 2013 fiscal year.

**Chairman and Chief Executive Officer, PepsiCo**

PEPSICO INC



View local and national averages for Chief Executive Officer salaries

| | |
|---|---|
| $1,600,000 | Base Pay |
| $4,000,000 | Bonus + Non-Equity Incentive Comp |
| **$5,600,000** | **Total Cash Comp** |
| $7,458,225 | Stock Award Value |
| $0 | Option Award Value |
| **$7,458,225** | **Total Equity** |
| $133,580 | **Total Other** |

$13,191,805 Total Compensation

Fiscal Year Ended 12 2013

**Candice Choi, AP Business Writer**  8:04 p.m. EDT March 21, 2014



(Photo: Seth Perlman, AP)

 **f 159** CONNECT    **15** TWEET    **in 1** LINKEDIN    **4** COMMENT    EMAIL    MORE

NEW YORK (AP) — PepsiCo CEO Indra Nooyi got a pay package worth $13.2 million last year, representing a 5% increase from the previous year.

The pay bump for the Indian-born Nooyi was the result of a higher performance-based bonus, reflecting the company's improved financial results after coming out of a "transitional year" in which it slashed costs and stepped up investments in flagship brands.

**Exh. 130**

### Zein Abdalla

#### Executive Compensation

As President, PepsiCo at PEPSICO INC, Zein Abdalla made $10,156,809 in total compensation. Of this total $900,000 was received as a salary, $1,424,300 was received as a bonus, $0 was received in stock options, $6,837,689 was awarded as stock and $994,820 came from other types of compensation. This information is according to proxy statements filed for the 2013 fiscal year.

**President, PepsiCo**

PEPSICO INC



View local and national averages for Executive and Management salaries

| $900,000 | Base Pay |
| $1,424,300 | Bonus + Non-Equity Incentive Comp |
| **$2,324,300** | **Total Cash Comp** |
| $6,837,689 | Stock Award Value |
| $0 | Option Award Value |
| **$6,837,689** | **Total Equity** |
| $994,820 | Total Other |

$10,156,809 Total Compensation

Fiscal Year Ended in 2013

**NEW SEARCH** ENTER AN EXECUTIVE OR COMPANY NAME

e.g. IBM      GO

Exh. 131

### Antonio F. Fernandez

**Executive Compensation**

As Executive Vice President and Chief Supply Chain Officer at PINNACLE FOODS FINANCE LLC, Antonio F. Fernandez made $838,777 in total compensation. Of this total $433,035 was received as a salary, $399,985 was received as a bonus, $0 was received in stock options, $0 was awarded as stock and $5,757 came from other types of compensation. This information is according to proxy statements filed for the 2012 fiscal year.

**Executive Vice President and Chief Supply Chain Officer**

PINNACLE FOODS FINANCE LLC



View local and national averages for Executive and Management salaries

| | |
|---|---|
| $433,035 | Base Pay |
| $399,985 | Bonus + Non-Equity Incentive Comp |
| **$833,020** | **Total Cash Comp** |
| $0 | Stock Award Value |
| $0 | Option Award Value |
| **$0** | **Total Equity** |
| $5,757 | Total Other |

$838,777 Total Compensation

Fiscal Year Ended in 2012

**NEW SEARCH**   ENTER AN EXECUTIVE OR COMPANY NAME

e.g. IBM    GO

Exh. 132

25

## PINNACLE FOODS INC

Compensation by Company

For its 2013 fiscal year, PINNACLE FOODS INC. listed the following executives on its annual proxy statement to the SEC

**Name and Title**

Antonio F. Fernandez
Executive Vice President and
Chief Supply Chain Officer
$1,629,204

Craig D. Steeneck
Executive Vice President and
Chief Financial Officer
$2,229,935

Robert J. Gamgort
Chief Executive Officer and
Director
$9,072,644

Christopher J. Boever
Executive Vice President and
Chief Customer Officer
$1,930,398

Mark L. Schiller
Executive Vice President and
Division President - Birds Eye Frozen
Division
$1,652,809

☑ Equity  ☑ Cash Compensation  ☐ Other

**NEW SEARCH**   ENTER AN EXECUTIVE OR COMPANY NAME

e.g. IBM    ➤ GO

Exh. 133

## Hugh F. Johnston

Executive Compensation

As EVP and Chief Financial Officer, PepsiCo at PEPSICO INC, Hugh F. Johnston made $9,336,007 in total compensation. Of this total $800,000 was received as a salary, $1,422,400 was received as a bonus, $0 was received in stock options, $7,088,257 was awarded as stock and $25,350 came from other types of compensation. This information is according to proxy statements filed for the 2013 fiscal year.

**EVP and Chief Financial Officer, PepsiCo**

PEPSICO INC



View local and national averages for
Chief Financial Officer salaries

| | |
|---|---|
| $800,000 | Base Pay |
| $1,422,400 | Bonus + Non-Equity Incentive Comp |
| **$2,222,400** | **Total Cash Comp** |

| | |
|---|---|
| $7,088,257 | Stock Award Value |
| $0 | Option Award Value |
| **$7,088,257** | **Total Equity** |

| | |
|---|---|
| $25,350 | Total Other |

$9,336,007 Total Compensation

Fiscal Year Ended in 2013

**NEW SEARCH** | ENTER AN EXECUTIVE OR COMPANY NAME | e.g. IBM | GO

Exh. 134

## Brian Cornell

### Executive Compensation

As Chief Executive Officer, PepsiCo Americas Foods at PEPSICO INC. Brian Cornell made $10,972,510 in total compensation. Of this total $900,000 was received as a salary, $1,728,000 was received as a bonus, $0 was received in stock options, $8,036,102 was awarded as stock and $308,408 came from other types of compensation. This information is according to proxy statements filed for the 2013 fiscal year.

**Chief Executive Officer, PepsiCo Americas Foods**

PEPSICO INC



| | View local and national averages for Chief Executive Officer salaries | |
|---|---|---|
| $900,000 | Base Pay | |
| $1,728,000 | Bonus + Non-Equity Incentive Comp | |
| **$2,628,000** | **Total Cash Comp** | |
| $8,036,102 | Stock Award Value | |
| $0 | Option Award Value | |
| **$8,036,102** | **Total Equity** | |
| $308,408 | Total Other | |
| $10,972,510 | Total Compensation | |

Fiscal Year Ended in 2013

**NEW SEARCH** — ENTER AN EXECUTIVE OR COMPANY NAME — e.g. IBM — GO

**Exh. 135**

## PEPSICO INC

### Compensation by Company

For its 2013 fiscal year, PEPSICO INC, listed the following executives on its annual proxy statement to the SEC

**Name and Title**

Indra K. Nooyi
Chairman and Chief Executive
Officer, PepsiCo
$13,191,805

Hugh F. Johnston
EVP and Chief Financial Officer,
PepsiCo
$9,336,007

Zein Abdalla
President, PepsiCo
$10,156,809

Mehmood Khan
EVP, PepsiCo and Chief Scientific
Officer, Global R&D
$6,638,654

Brian Cornell
Chief Executive Officer, PepsiCo
Americas Foods
$10,972,510

☐ Equity   ☐ Cash Compensation   ☐ Other

**NEW SEARCH** | ENTER AN EXECUTIVE OR COMPANY NAME | e.g. IBM | GO

Exh. 136

29

## Mehmood Khan

Executive Compensation

As EVP, PepsiCo and Chief Scientific Officer, Global R&D at PEPSICO INC, Mehmood Khan made $6,638,654 in total compensation. Of this total $700,000 was received as a salary, $1,173,900 was received as bonus, $0 was received in stock options, $4,235,098 was awarded as stock and $529,656 came from other type of compensation. This information is according to proxy statements filed for the 2013 fiscal year.

### EVP, PepsiCo and Chief Scientific Officer, Global R&D
PEPSICO INC

View local and national averages for
Executive and Management salaries

| | |
|---|---|
| $700,000 | Base Pay |
| $1,173,900 | Bonus + Non-Equity Incentive Comp |
| **$1,873,900** | **Total Cash Comp** |
| $4,235,098 | Stock Award Value |
| $0 | Option Award Value |
| **$4,235,098** | **Total Equity** |
| $529,656 | Total Other |

$6,638,654 Total Compensation

$6.6 MILLION

| NEW SEARCH | ENTER AN EXECUTIVE OR COMPANY NAME | e.g. IBM | GO |

Exh. 137

BRIEFLY / COMPENSATION

# Big Payday Ahead for Quaker Oats CEO

**January 12, 2001** | Bloomberg News

Quaker Oats Co. Chief Executive Robert Morrison will get a payment of about $19.3 million if he stays at least 18 months after PepsiCo Inc. completes its planned purchase. The payment is in addition to his $1.11-million annual salary. Morrison agreed to remain Quaker Oats' chairman, president and CEO after the acquisition. He also will become co-vice chairman of PepsiCo with Roger Enrico, the soft-drink maker's current chairman and CEO. Enrico plans to retire and be succeeded by President and Chief Operating Officer Steven Reinemund. Shares of Purchase, N.Y.-based PepsiCo fell 6 cents to $46.06. Chicago-based Quaker Oats, which also makes Gatorade sports drinks, Life cereal and Aunt Jemima pancake mix and syrup, closed off 31 cents at $95.63 on the NYSE.

BUSINESS

## 14. Quaker Oats Co.

By Profiled by the Chicago Tribune financial reporting staff | May 17, 1992

321 N. Clark St., Chicago 60610, 312-222-7111 - Founded: 1901 - Fiscal year-end: June 30 - Chief executive William D. Smithburg, 53, since 1981 1991 cash compensation: $1,404,567 Shares owned: 156,291 of 76.5 million common shares - Employees: 21,000; 3,000 in Illinois - Foreign sales: 30 percent of $5.49 billion total in 1991 - May 1, 1992, value of $1,000 in company stock: Purchased May 1, 1991: $910...

**Exh. 138**

LAW OFFICES
**ROBERT M. ANGEL**
A PROFESSIONAL CORPORATION
939 NORTH HILL AVENUE
PASADENA, CALIFORNIA 91104
TELEPHONE (626) 296-1497
FAX (626) 296-6523
EMAIL: rmangel26@gmail.com

November 7, 2013

Office of Vital Statistics
421 Montgomery Street
Room 20, Civic Center Basement Level
Syracuse, New York 13202
Phone (315) 435-3241
Fax (315) 435-3614
vsorders@ongov.net

    Re:   *"Anna Short Harrington & Dannez Westbrook Hunter, Grandson"*
       *Transaction #219450639874*
       *Amount: $45.00 dollars*

Dear Vital Statistics:

On behalf of my client, I am requesting two certified copies of Anna Short Harrington's Death Certificate, which is needed for future litigation. Above, you'll find the reference number to the receipt for Dannez Hunter's certified copy order. Already, you have within your possession Mr. Hunter's Birth Certificate baring Daniel Westbrook Hunter as the father, Driver's license, passport, and Olivia Hunter's Obituary, and Daniel Hunter's Obituary. Mr. Hunter is a **"direct descendant"** of Anna S. Harrington and is legally authorized to receive certified copies for a legal action. Should you have questions or concerns or need additional paperwork then please contact me via email or phone.

                Very truly yours,

                ROBERT M. ANGEL,
                A PROFESSIONAL CORPORATION

RMA/ydm (w/encl.)
cc: Dannez Hunter

**Exh. 141**

32



## UNITED STATES PATENT AND TRADEMARK OFFICE

OFFICE OF THE CHIEF INFORMATION OFFICER

Date: 10-17-14

Dear: Dannez Hunter

This is in response to your correspondence dated 10-10-14
Your order cannot be filled for the following reason(s)

Reference: _71/105,827 Reg. 012,0160 _____

( ) Our records indicate that you are not entitled to obtain a copy of this pending application. Copies of pending applications may only be obtained with written consent of the applicant, attorney of record or the assignee and each request must be accompanied with the appropriate form(s) PTO/SB/96 Statement Under 37 CFR 3.73(b) or PTO/SB/67

( ) This office cannot identify the copy you requested. The information/number incomplete or does not correspond with existing PTO records:
_ _Inventor _Filing/Issue date _Title _ _Mark

( ) Insufficient payment was received. The total amount to process your order is $____ Please furnish the PTO with $ to complete the processing of your order. We accept Visa, MasterCard, Check or Money Order Make check or money order payable to Commissioner for Patents and Trademarks.

( ) Our records indicate that no PTO Filing Date exists for this application. Our electronic database does not contain sufficient information to provide a certified copy of the application requested.

{ } Patent Number(s) requested is/are too high. No patent(s) issued in that patent number range.

( ) Your credit card was had expired.

( )   Other: _____

If you have any questions concerning this notice, please contact our Customer Service Department at. (571)272-3150 or via Fax (571)273-3250

Sincerely,

Document Services Branch
Public Records Division

**Exh. 142**



*Dean N. Panos is a litigator. Fortune 500 companies and other public and private companies seek his representation in a wide variety of complex commercial litigation in state and federal courts across the country. He has served as lead trial counsel on numerous jury and bench trials and argued several cases before the United States Court of Appeals for the Seventh Circuit. Mr. Panos has counseled food, beverage and consumer product manufacturers on class action claims of consumer fraud, deceptive practices and product liability. He has also served as lead on several consumer and food product recalls. Mr. Panos has also served as trial counsel to a major airline in connection with two commercial aviation accidents.*

Mr. Panos has represented numerous large manufacturers and private equity firms in claims for breach of fiduciary duty, breach of contract, fraud and misrepresentation in connection with corporate mergers and acquisitions. Corporate Boards of Directors and Audit Committees have also sought his counsel on a variety of internal investigations involving financial and accounting fraud, mismanagement and employee wrongdoing. Mr. Panos frequently represents clients in criminal grand jury investigations, as well as corporations and executives in SEC investigations or claims. He has served **as Acting Inspector General for governmental and other public agencies conducting investigations into vendor and employee fraud.** Mr. Panos is AV Peer Review Rated, Martindale-Hubbell's highest peer recognition for **ethical standards and legal ability.** He is **Co-Chair of the Products Liability and Mass Tort Defense Practice** and a member of the **Complex Commercial Litigation,** Class Action, and Real Estate and Construction Litigation Practices. He is also a member of the Firm's Management Committee and the Real Estate Finance Litigation and Workout Task Force. Mr. Panos has tried to verdict several felony cases for pro bono clients.

## "WILLFUL INTENT" 18 U.S.C. §1001, 10 U.S.C. §333

Community Involvement

- Constitutional Rights Foundation

http://jenner.com/people/DeanPanos

Exh. 160

34


**PEPSICO**

# PepsiCo Human Rights
# Workplace Policy

PepsiCo respects the dignity of our workers in the workplace and we work to ensure our associates' rights to personal security, a safe, clean and healthful workplace, and freedom from harassment or abuse of any kind.

We deal fairly and honestly with our associates regarding wages, benefits and other conditions of employment, and recognize our associates' right to freedom of association. We do not use forced or child labor.

We do not tolerate discrimination and work to ensure equal opportunity for all associates.

We comply with all applicable laws, regulations, and other employment standards, wherever we operate or work.

We encourage our partners, suppliers, contractors and vendors to support these policies and we place substantial value on working with others who share our commitment to human rights.

*PepsiCo Human Rights Workplace Policy: Guidelines and Definitions*

*Guidelines*

**Scope:** The policy applies to all PepsiCo associates.

**Minimum Standard:** All PepsiCo activities must comply with local laws and regulations. This policy must be complied with in the absence of relevant local laws and regulations.

**Revised:** February 2009

*Definitions:* These definitions are to be interpreted in conjunction with our Values Statement, Code of Conduct, and other relevant PepsiCo or division policies such as diversity, environment, health and safety, labor, and human resources policies.

**Human rights cover three areas:**

1. Respect: personal security; freedom from harassment or abuse; freedom of association.

2. Equality: equal opportunity with respect to age, sex, race, color, religion, gender, gender identity, national origin, sexual orientation, disability, veteran status, pregnancy status or any other characteristic protected by applicable national, state or local laws.

3. Dignity of Work: humane working conditions; worker health and safety; abolition of forced or child labor.

**Freedom of association means:** consistent with the law and with company policy and procedures, associates shall have the right to assemble, communicate and join associations of their choice.

**Abolition of forced labor means:** no coerced or prison labor, and no use of physical punishment or threats of violence or other forms of physical, sexual, psychological or verbal abuse as a method of discipline or control.

**Abolition of child labor means:** no person under the age of 15 years old shall be employed for any purpose, either full time or part time, including paid or unpaid work.

**Humane working conditions means:** a safe, healthy and clean work environment with, appropriately lit work stations, potable drinking water, adequate restrooms, fire exits and essential fire safety equipment, emergency aid kits and access to emergency response including environmental, fire and medical.

**Exh. 161**



Exh. 162



# Janet Silverberg

Chief Trademark Counsel at PepsiCo Chicago

Greater Chicago Area   Law Practice

Previous   The Quaker Oats Company, Sidley & Austin
Education   Harvard Law School

3-2

**Connect**   Send Janet InMail   ▼

322
connections

▾ Current Owner(s) Information

Owner Name: Quaker Oats Company, The

Owner Address: 555 West Monroe Street
Chicago, ILLINOIS 60661
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where   NEW JERSEY
Organized:

▾ Attorney/Correspondence Information

Attorney of Record

Attorney Name: JANET L SILVERBERG

Attorney Primary Email   trademarks@pepsico.com
Address:

Attorney Email Authorized: Yes

Correspondent

Correspondent   JANET L SILVERBERG
Name/Address: PepsiCo, Inc.
7701 Legacy Drive
Mail Stop 3A-421
Plano, TEXAS 75024
UNITED STATES

Phone: 972-334-2587

Fax: 972-334-3871

Correspondent e-mail: trademarks@pepsico.com

Correspondent e-mail   Yes
Authorized:

Domestic Representative - Not Found

▲ Prosecution History

▲ Maintenance Filings or Post Registration Information

▾ TM Staff and Location Information

TM Staff Information - None

File Location

**"In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting."**

# Exh.45

# "Malfeasance & Corrupting A Government Database"
## 08/14/14, (Violation 18 U.S.C.1030 et. seq. or 18 USC 1512)

**ARDC** ATTORNEY REGISTRATION & DISCIPLINARY COMMISSION
OF THE SUPREME COURT OF ILLINOIS

WEBSITE INFORMATION | SEARCH SITE | HOME

| | |
|---|---|
| Lawyer Search | *LAWYER SEARCH RESULTS* |
| Lawyer Registration | |
| How to Submit a Request For Investigation | Edit Search    New Search |
| Rules and Decisions | ARDC Lawyer Search Results from the ARDC database last updated as of August 14, 2014 at 1.26 01 PM, for the following terms: Last Name silverberg, First Name Janet , status: All |
| Ethics Inquiry Program | Your search terms do not match the record of any lawyer licensed in Illinois. Please check your terms for accuracy and try your search again. |
| Publications | NOTE ON NAMES: The last name is a required field, but you may choose a phonetic search particularly if you are not sure of the spelling of the last name. |
| New Filings, Hearing Schedules and Clerk's Office | NOTE ON ADDRESSES: |
| Client Protection Program | Addresses for certain attorneys are not presented on our website due to privacy considerations or because we do not have the data. These attorneys may include retired judges, retired lawyers, inactive lawyers, deceased lawyers and lawyers who have never registered with the ARDC. |
| Resources & Links | If you believe an attorney may have one of the above statuses, please DO NOT fill in any of the ADDRESS FIELDS when attempting your search. Entering any address information for such attorneys will automatically exclude them from your search. |
| ARDC Organizational Information | Additionally, if you are not certain that you have the correct address information for an attorney, please do not fill in the address fields. An erroneous value will exclude that attorney from your search. |
| | If you have any questions or issues about using this page, please email registration@iardc.org |
| | Edit Search    New Search |

http://www.dailykos.com/story/2013/03/14/1194078/-Government-Malfeasance-Corruption-Database#

# Exh.46

March 1947    Baldwinsville, NY    fultonhistory.com



**Exh.201**

# CERTIFICATE OF SERVICE

FOR THE COUNTY OF     ]
RAMSEY IN THE     ]ss.        Case No.: __14-CV-6011__
STATE OF MINNESOTA   ]

I, _____, HEREBY certify that I am over the age of 18 years old, and located at **1275 Lincoln Ave., Ste #1, St. Paul, MN 55105** . I certify that I have placed a prepaid postage, true and complete original to the court and copies to the party(is) of record at the U.S. Postal Office located at Post Office on the date of October 2014, for this action of the following:

**Motion For Default + Memorandum to + Exhs. 1, 45, 46 110, 111, 112, 113, 114, 115, 130, 131, 132, 133, 134, 135, 136, 137, 138, 150, 151, 161, 162thru 201**

| | |
|---|---|
| Mr. Dean N. Panos<br>Jenner & Block LLP<br>PepsiCo,<br>The Quaker Oats Company<br>353 N. Clark Street, Chicago, IL 60654-3456<br>| jenner.com<br>(312) 923-2765 | TEL<br>(312) 840-7765 | FAX | Stephanie A. Scharf<br>Scharf, Banks & Maromor<br>333 West Wacker Drive<br>Suite #450<br>Chicago, IL 60606<br>312-662-6999<br>Email: scharf@scharfbanks.com |
| Almee E. Graham<br>John I. Grossbart<br>The Hillshire Brands Company,<br>Associate<br>Dentons U.S. LLP<br>233 South Wacker Drive<br>Suite #7600<br>Chicago, IL 606-6-6404 | Special Agent in Charge<br>Robert J. Holley<br>Federal Bureau of Investigation<br>2111 W. Roosevelt Road<br>Chicago, IL 60608<br>Phone: (312) 421-6700<br>Fax: (312) 829-5732/38<br>E-mail: Chicago@ic.fbi.gov |
| c/o Clerk<br>United States District Court<br>Northern District of Illinois<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | |

I declare under the penalty of perjury under the laws of the State of Minnesota and/or N. Carolina that the above is true and correct.

Date: **10/23/14**

Respectfully Submitted,

$\mathcal{I} \, H$