# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

D W Hunter, et al.

Plaintiff(s),

v.

PepsiCo, Inc., et al.

Defendant(s).

Case No. 14 C 6011
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

X    other: Case dismissed. Judgment entered in favor of Defendants and against Plaintiffs.

This action was *(check one)*:

☐    tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐    tried by Judge      without a jury and the above decision was reached.
X    decided by Judge Edmond E. Chang on Defendants' motions to dismiss.


Date: 02/18/2015                                    Thomas G. Bruton, Clerk of Court

                                                    \s\Sandra Brooks , Deputy Clerk